# Penn's Executrix *v.* Spence.

*Bill in Equity to enforce Vendor's Lien, &c.*

*Amendment, what makes a new case, and is not allowable.*—Where the right set up in the original bill is alleged to be derived from a sale of lands by the administrators of the deceased owner, under a special act of the legislature, not set forth by its title or otherwise indicated, an amendment setting forth the act, and rights asserted under a sale made by the legatees of the deceased, is a departure from the case made by the original bill, and can not be allowed.

APPEAL from the Chancery Court of Chambers.
Heard before Hon. B. B. McCRAW.
The opinion states the case.

W. H. BARNES, for appellants.

W. H. DENSON, *contra.*

MANNING, J.—The bill in this cause was demurred to by defendants below, and the demurrer sustained. Thereupon, it was amended, and afterwards was dismissed by the chancellor, without prejudice to the filing of another bill.

In the original bill, the right set up by complainant was alleged to be derived from a sale of the lands in controversy by the administrators of the estate of the deceased former owner by virtue of a special act of the legislature, which was not set forth or indicated by the title of it, or otherwise. By the amendments to the bill, this act was set forth, and the right claimed then alleged to be derived from a sale

made of the lands by the *legatees* of the deceased—a change which, according to decisions of this court, makes a case so different from ' that of the original bill, that one cannot be engrafted by amendment on the other.

In my opinion, the bill, as amended, is defective in not averring, with sufficient particularity, the facts of the transactions on which the right of complainant depends, and in alleging conclusions of law, instead of the facts of the case— defects which were objected to by demurrer to the original bill. And I would prefer to put our decision upon this ground. But as the judgment of the court is founded upon the departure in the amended bill, from the case originally made, it is not necessary to enlarge upon any other objection.

The decree of the chancellor is affirmed, with costs.